# EXHIBIT 2

AGREEMENT BETWEEN

REGIONAL SCHOOL DISTRICT NO. 15

AND

TEAMSTERS LOCAL UNION 677

CONTRACT PERIOD JULY 1, 2001 THROUGH JUNE 30, 2005

# Table of Contents

| Article | | Page |
|---|---|---|
| 1 | Recognition | 3 |
| 2 | Management | 3 |
| 3 | Union Security | 4 |
| 4 | Hours of Work and Overtime | 4 |
| 5 | Stewards | 6 |
| 6 | Holidays | 7 |
| 7 | Vacations | 8 |
| 8 | Seniority | 10 |
| 9 | Health and Welfare Benefits | 12 |
| 10 | Pension | 15 |
| 11 | Workers Compensation | 16 |
| 12 | Funeral Leave | 17 |
| 13 | Jury Duty | 17 |
| 14 | Dismissal and Layoff | 17 |
| 15 | Leaves of Absences | 19 |
| 16 | Classification and Wage Schedules | 19 |
| 17 | Grievance and Arbitration Procedure | 21 |
| 18 | Amendment | 22 |
| 19 | Copy of Agreement | 23 |
| 20 | Duration and Termination | 23 |
| 21 | Credit Union | 23 |

This Agreement between Regional School District No. 15 of Connecticut (hereinafter referred to as the "Employer") and Teamsters Local Union No. 677, an affiliate of the International Brotherhood of Teamsters, (hereinafter referred to as the "Union").

## ARTICLE I
## RECOGNITION

Pursuant to an election held under the auspices of the Connecticut State Board of Labor Relations on May 14, 1970, and certification thereafter in Case No. ME-1937, the Employer agrees to and hereby does recognize the Union as the exclusive representative of all full time and regular part-time "custodial and maintenance employees", except those working fewer than twenty (20) hours per week, and 1040 hours per year, but excluding supervisors and all other classifications of employees employed by the Employer, for the purpose of collective bargaining in respect to rates of pay, hours of work and other conditions of employment.

## ARTICLE II
## MANAGEMENT

Except as specifically set forth in this Agreement, the management of the schools, the manning of the same and the direction of the working forces will vest solely in the Employer, including the right to hire, transfer, promote, retain, discipline and discharge for proper cause, establish and maintain standards of quality, efficient operations and worker efficiency, to relieve employees from duties because of lack of work and to determine schedules of operation.

If not specifically set forth in this Agreement, there shall be no abridgement or diminution of any function, authority, right or responsibility of the Employer.

# ARTICLE III
# UNION SECURITY

## SECTION 1

All employees covered by this Agreement, not later than the thirtieth (30th) day following the day of their employment, shall become members of the Union and shall maintain such membership in good standing for the duration of this Agreement.

## SECTION 2

Employer will deduct from the wages of all employees who have presented a signed check-off card specifically authorizing the withholding of regular monthly dues, initiation fees, and administrative dues (equal to 5 cents per hour or $2.00 per week, whichever is less) of the Union and agrees to remit to said Union all such deductions. All deductions shall be made from the first (lst) pay, each month. The Union agrees that it will save the Employer harmless from any damages incurred by reason of carrying out the provision of this Agreement concerning the assignment of wages to the Union for initiation fees and dues.

# ARTICLE IV
# HOURS OF WORK AND OVERTIME

## SECTION 1

The regular work week shall consist of five (5) consecutive eight (8) hour days, Monday through Friday.

## SECTION 2

An employee shall be paid at one and one-half times (1 1/2) his regular basic rate for all work performed by him on Saturday and double time his regular basic rate for all work performed by him on Sunday, or a holiday.

## SECTION 3

All work performed in excess of eight (8) hours per day shall be paid for as overtime at one and one-half (1 1/2) the employee's regular basic rate. All overtime work must have prior approval of the Superintendent or his designee.

## SECTION 4

All employees shall be entitled to a lunch period of thirty (30) minutes and not to be considered part of the eight (8) hour work day.

## SECTION 5

Any employee scheduled to work outside of their normal working hours after having left their work station for one (1) hour shall be guaranteed a minimum of two (2) hours of work at the applicable rate.

## SECTION 6

An employee working on a shift which begins at 2:00 P.M., or after, shall be paid a night differential of fifty five (55) cents per hour, for all hours worked beginning July 1, 2001, sixty (60) cents beginning July l, 2003. All full time employees who start earlier than 2:00 P.M., shall receive the above night differential for all straight hours worked after 5:00 P.M.

## SECTION 7

Any employee called back after having left their work station shall be guaranteed a minimum of two (2) hours of pay at the applicable rate. Four (4) hours of pay will be provided for call back between 12:00 A.M. and 6:00 A.M. at the applicable rate. When call back hours run into regular shift hours, call back premium will be paid only until the employee's regular shift begins.

## ARTICLE V
## STEWARDS

### SECTION 1

No more than two (2) Union Stewards (one for each Town) shall be selected from among the employees in the bargaining unit. The Union shall furnish the Employer with the names of the Stewards and shall notify the Employer of any and all changes.

### SECTION 2

The Union Stewards shall have top seniority as long as he or she remains Steward.

### SECTION 3

Union Stewards will be paid the applicable rate of pay for all time spent in contract negotiation, handling grievances and doing Union business by the Employer during their normal work shift.

# ARTICLE VI
# HOLIDAYS

## SECTION 1

All employees covered by this Agreement shall be granted thirteen (13) paid holidays according to the school calendar.

| | |
|---|---|
| Independence Day | Day before or day after Christmas |
| Labor Day | Christmas Day |
| Columbus Day | Day before or day after New Year's Day |
| Veteran's Day | New Year's Day |
| Thanksgiving Day | Washington's Birthday |
| Day After Thanksgiving | Good Friday |
| | Memorial Day |

## SECTION 2

In order to be eligible for holiday pay, employees must work the last scheduled workday prior to and the next scheduled workday after such holiday, unless excused by the Superintendent or his designee or unless the employee has a proven illness with doctors note.

## SECTION 3

When a holiday falls in a week during which an employee is on vacation, the holiday will not be counted as vacation time and the vacation day can be used at another time.

## SECTION 4

Regular part-time employees will receive holiday pay based upon the average number of hours they work during the work week.

# **ARTICLE VII**
# **VACATIONS**

## SECTION 1

Employees are entitled to vacation periods with pay as follows:

| | |
|---|---|
| One (1) year of service | One (1) week |
| Two (2) years of service | Two (2) weeks |
| Five (5) years of service | Three (3) weeks |

After six years of service and each year thereafter the employee will be entitled to three (3) weeks plus one (1) extra day for each additional year of service, up to four (4) weeks.

| | |
|---|---|
| Six (6) years service | Three (3) weeks & one (1) day |
| Seven (7) years service | Three (3) weeks & two (2) days |
| Eight years service | Three (3) weeks & three (3) days |
| Nine years service | Three (3) weeks & four (4) days |
| Ten (10) years service | Four (4) weeks |
| Twenty (20) years service & over | Five (5) weeks |

## SECTION 2

Eligibility shall be determined by reference to lst day of full time employment. Vacation time for employees with less than one (1) year of service will be pro-rated from time of employment. (.42 days/month)

## SECTION 3

Employees at each location shall choose their vacation in order of their seniority. Four (4) weeks notice will be required for vacation approval during the school year. Vacations will be granted by the Head Custodian when less than 4 weeks notice can be given in such case as an emergency.

## SECTION 4

The maximum vacation to be taken consecutively is two (2) weeks, except during the summer school vacation period when four (4) consecutive weeks may be taken. Any variation in this policy must be approved by the Head Custodian and authorized by the Employer.

## SECTION 5

Summer vacation schedule will be posted May lst. Employees will bid summer vacation by seniority until May 31st. After that the first employee to ask for any vacant weeks left will be given those weeks.

## SECTION 6

All vacations must be taken as earned. Vacation may be carried over to the next year at the discretion of the Superintendent of Schools or his designee.

## SECTION 7

Regular part-time employees will receive paid vacations based on the average number of hours they work per week.

## SECTION 8

Vacation period shall exclude the period two (2) weeks prior to the opening of school except at the discretion of the Superintendent of Schools or his designee and also the first two (2) weeks of school and the last two weeks of school.

## ARTICLE VIII
## SENIORITY

Seniority for employees governed by this Agreement shall be defined as the continuous employment with the Employer in the work covered by this Agreement.

## SECTION 1

Seniority shall apply to employees longer in service and in order of their seniority to work available.

## SECTION 2

All qualifications being equal, in the opinion of the Employer, seniority shall prevail in any and all promotions. There shall be testing, if possible, and said testing shall be by mutual agreement.

## SECTION 3

All job vacancies shall be posted for at least three (3) working days and filled as soon as possible. All employees will be allowed to move and fill each vacancy. A change of 2 hours in any shift will be considered a new job and posted. A change in a custodian's shift of less than two hours may occur once in every school year.

**SECTION 4**

Upon application, transfer to comparable jobs may be made by the
Superintendent of Schools, or his designee.

**SECTION 5**

Seniority shall apply:

  A.  To work opportunity in the event of layoff for lack of
      work.
  B.  In recall to work, after layoff.
  C.  In selection of vacations from the vacation schedule.

**SECTION 6**

All new employees shall work under the provisions of the Agreement and shall be
hired on a six (6) month trial basis. During this time they may be dismissed by the
Superintendent of Schools, or his designee, without protest by the Union.  After
the trial period has been satisfied they shall be placed on the seniority list as a
regular employee, in accordance with the date of active employment.

**SECTION 7**

Seniority shall be broken only by:

  A.  Discharge
  B.  Voluntary quit
  C.  Unauthorized leave of absence, without valid reason

## SECTION 8

Extra work shall be assigned by the Director of Facilities or his designee, on a rotating basis of seniority, within the school.
Employees refusing extra work will be placed at the bottom of the list, for future assignments.

## ARTICLE IX
## HEALTH AND WELFARE BENEFITS

## SECTION 1

Each employee covered by this Agreement shall be entitled to fourteen (14) days sick leave per annum to be earned at the rate of one and seventeen hundreds (1.17) days per month. Accumulation shall be one hundred forty (140) days 2001-02, one hundred forty five (145) days 2002-03, one hundred fifty (150) days 2003-04, and one hundred fifty (150) days 2004-05.  After three (3) consecutive days of absence, or the day prior to, and or after a vacation or holiday, a doctor's certificate may be necessary to qualify for paid sick leave.  Any employee who utilized eight (8) or more sick days per year may be requested to submit a doctor's certificate stating the nature of the illness and my be requested to undertake a physical examination at the employer's expense.

## SECTION 2

The Employer agrees to provide an opportunity for each employee to obtain flu shots, hepatitis shots and any health or diagnostic tests given to school children.

## SECTION 3

The Employer will make contributions to the Teamsters Local 677 Health Services and Insurance Fund on behalf of each employee in the bargaining unit at the A-11 level of benefits.

Commencing on the first day of July1, 2001, and on the first day of each month thereafter, until June 30, 2002, the Employer shall contribute to the Fund an amount equal to $3.50 per hour on behalf of each employee for every hour worked by such employee during the preceding month. Commencing on the first day of July 1, 2002 the Employer shall contribute to the Fund an amount equal to $3.80 per hour on behalf of each employee for every hour worked by such employee during the preceding month. Commencing on the first day of July 1, 2003 the Employer shall contribute to the Fund an amount equal to $4.15 per hour on behalf of each employee for every hour worked by such employee during the preceding month. The Employer contribution to the fund and the level of benefits under Teamster Local 677 Health Services and Insurance Fund commencing July l, 2004 shall be subject to negotiations.

In no case shall the amount contributed in behalf of any employee exceed 40 hours for any one week.

Teamsters Local 677 shall be solely responsible for providing health and life insurance coverage, short term disability and shall hold the Employer harmless from any claim by an employee or otherwise, relating to coverage or benefit levels, on the condition that the Employer makes timely payments of its insurance premiums as described herein. All payments of premiums shall be due on the first day of each month, subject to a 15 day grace period. Teamsters Local 677 reserves the right to alter the level of benefits in its Health Services and Insurance Fund from time to time.

The Board reserves the right to substitute alternative insurance carriers for each of the insurance coverages listed herein. Any alternative coverage must be equivalent to the coverage currently in effect, and no such change in insurance carrier shall result in interruption in coverage for any custodian.

For this purpose, the term "equivalent" means the same or better than the present insurance contract in function, services and benefits to members of the bargaining unit. The Union will be consulted in advance of implementing any change in insurance carrier. In the event of a dispute regarding "equivalency", such dispute shall be resolved at Step 3 of the Grievance Procedure prior to implementation of any such change in accordance with procedures designated by the Board of Mediation and Arbitration.

## SECTION 4

Two (2) days paid leave per year may be used for personal reasons provided a request stating the reason is made to the Director of Business 48 hours in advance. Leave must be for approved legal, business, household or family matters which require absence during any scheduled working hours and which cannot be scheduled at any other time. The following reasons serve as guidelines for such requests:

(A)  (Legal matters) e.g., Subpoenas, required attendance at closing and court appearances;

(B)  Severe illnesses in the immediate family (Defined to include parents, siblings, children, grandchildren, mother-in-law, father-in-law and spouse);

(C)  Graduation of employee, children, grandchildren, or spouse

(D)  Other reasons of an emergency nature, subject to approval by the Superintendent or his designee.

**SECTION 5**

Employer sick leave payments shall be reduced by any and all amounts paid to employees pursuant to the Weekly Accident and Sickness Benefits Section of the Teamsters' Health Services and Insurance Plan, or any comparable payment which is not directly related to medical expenses incurred.

In case of such a reduction in employer sick leave payments, the employee's sick leave shall be charged only for the number of days represented by such employer payments, rounded to the nearest one-half day.

**SECTION 6**

Upon retirement at or after age sixty-one (61), or death, after ten (10) consecutive years of service under this Agreement, fifteen percent (15%) of the employee's accumulated sick leave will be paid to the employee, his spouse or estate. If retirement, voluntary termination or death occurs before the age of 61, fifteen (15) consecutive years of service is needed for this benefit.

<u>**ARTICLE X**</u>
<u>**PENSION**</u>

The Employer agrees to maintain in effect, for the duration of this Agreement, the Regional School District No. 15 Retirement Plan, dated July 1, 1969 for all employees working in excess of twenty-five (25) hours per week on a regular basis. The Pension benefit will be calculated on 2080 regular hours excluding overtime and differential payments. Employees will become fully vested in benefits under the pension plan as soon as they complete ten (10) years of continuous credited service as explained in the plan.

Credit for retirement shall be given for unused and unpaid sick days remaining at retirement (20 days equals one month). (a) As of July 1,1995, the eligibility age for unreduced retirement benefits will go from age 65 to age 61. (b) As of July 1, 2001, the formula for determining pension benefits for eligible bargaining unit members shall be based on 1.7 percent of final average pay per year of credited

service, computed in accordance with the provisions of the existing pension plan. (c) As of July 1, 2002, the formula for determining pension benefits for eligible bargaining unit members shall be based on 1.8 percent of final average pay per year of credited services, computed in accordance with the provisions of the existing pension plan. (d) As of July 1, 2003, the formula for determining pension benefits for eligible bargaining unit members shall be based on 1.9 percent of final average pay per year of credited service, computed in accordance with the provisions of the existing pension plan. (e) As of July 1, 1997, retiree's benefit will be calculated on the total of your annual compensation (excluding overtime and differential compensation) during the highest three consecutive plan years for which you were paid by the District. (d) These pension enhancements will require a co-pay by each custodian of 1.2% of base pay per year deducted from their weekly paycheck. If a custodian resigns before ten (10) years, the amount paid in will be returned without interest.

## ARTICLE XI
## WORKERS' COMPENSATION

Any injury or physical disability, due to the pursuit of his occupation, shall be compensated for in accordance with the Worker Compensation Laws of the State of Connecticut, it being understood that the first three (3) days under the Workers' Compensation Act will be debited from the number of sick days accumulated.

Any injury or physical disability due to the pursuit of his/her occupation shall be compensated for exclusively in accordance with the Workers' Compensation Laws of the State of Connecticut

Absence for which such compensation is provided will not be charged against the employee's annual sick leave entitlement as per Section 1 of Article IX of this Agreement. While receiving workers compensation, the employee will be able to accrue vacation days and one-half sick leave days.

## ARTICLE XII
## FUNERAL LEAVE

Three (3) days paid leave will be allowed for each death in the immediate family. The immediate family is defined to include spouse, parents, siblings, children, grandchildren, grandparents, and in-laws. In the instance of the death of a spouse (2) additional days will be granted. A request for funeral leave must be made to the Director of Business, prior to payment.

## ARTICLE XIII
## JURY DUTY

When an employee serves on a jury involuntarily during days when he would otherwise be scheduled to work, he shall be paid by the Employer the difference between his jury pay and the number of hours his department operates, times his hourly rate. Employees who are called to jury duty and work the second shift will not have to work if they are not excused after four (4) hours of jury duty.

## ARTICLE XIV
## DISMISSAL AND LAYOFF

The Employer may immediately discharge employees for the following reasons:

A. Unauthorized leave of absence, without valid reason
B. Under the influence of liquor or drugs while on duty
C. Risk of injury to a minor or adult
D. Theft
E. Commission of any criminal offense while on duty
F. Endangerment to person or property
G. Elimination of position subject to the provisions of Article VIII
H. Insubordination

I.    Improper or inadequate performance of duties

In the case of insubordination or improper or inadequate performance of duties only, the following progressive disciplinary procedures shall normally take place.

A.    First offense - warning notice
B.    Second offense - three day suspension without pay
C.    Third offense - up to and including discharge

Notwithstanding the foregoing, for certain offenses involving insubordination or improper or inadequate performance of duties, the severity of the offense may result in immediate suspension or discharge.

If an employee has an unblemished record of performance of duties for an uninterrupted period of eighteen months (18), any written incidents of improper or inadequate performance of job duties more than eighteen months (18) old shall not be considered in any subsequent disciplinary action.

Notwithstanding the foregoing, probationary employees may be disciplined and/or discharged at any time, without access to the grievance procedure.

## ARTICLE XV
## LEAVE OF ABSENCE

Any employee, with seniority rights, may be granted a leave of absence if agreed to by the Employer and the Union, without loss of seniority rights.  A leave of absence shall be understood to mean absence from work, without pay and without benefits paid by the District.  A leave requested by an employee and consented to by the Employer and the Union will be for an agreed period of time, but in no instance will the leave be for more than one (1) year.

During the period of absence, the employee shall not engage in gainful employment.

Failure to comply with this provision shall result in the complete loss of seniority rights for the employee involved.

## ARTICLE XVI
## CLASSIFICATION AND WAGE SCHEDULES

**SECTION 1**

Custodians shall be divided into four (4) classifications:

| | |
|---|---|
| Custodian 1 - | Head custodian, works and supervises full and part-time custodians |
| Custodian 2 - | Lead man at High School |
| Custodian 3 - | Maintenance |
| Custodian 4 - | Regular Custodian |

It is understood that all regular part-time employees who work twenty (20) hours or more per week and 1040 hours per year will be covered by the Welfare Benefits provided above. Part-time employees who work less than twenty (20) hours and summer help are not covered by this Agreement.

|   |             | 01-02   | 02-03   | 03-04 | 04-05 |
|---|-------------|---------|---------|-------|-------|
| a)| Custodian 1 | $17.58  | $18.19  | 18.74 | To    |
|   | Custodian 2 | 16.44   | 17.02   | 17.53 | Be    |
|   | Custodian 3 | 18.32   | 18.97   | 19.53 | Nego  |
|   | Custodian 4 | 15.67   | 16.22   | 16.71 | tiated|

b)   The Head Custodian at the High School shall receive two dollars ($2.00) per hour in addition to the Custodian 1 rate during the contract period of July 1, 2001 through June 30, 2005.

c)   New employees shall receive fifteen percent 15% less per hour for a period of six (6) months, and thereafter, will receive the full rate, except for part-time custodial employees in the Region.

d)   In consideration of checking the buildings for heat, open doors and windows, during the winter months, the Custodian assigned in each town will receive three hundred twenty ($320.00) per building during the contract period of July I, 2001, three hundred thirty ($330.00) per building during the contract period of July 1, 2002, three hundred forty ($340.00) per building during the contract period of July 1, 2003 through June 30, 2005.

e)   Whenever a custodian assumes the duties of a Head Custodian (Custodian 1) or the Lead Man at the High School (Custodian 2), who is absent for one (1) or more consecutive days, such custodian shall receive a sixty-three (63) cent per hour differential retro-active to the first hour covered by such custodian's absence. Whenever a custodian fills in for less than one (1) full day no differential payment shall be made.

f)   Custodian 5 - inventory control - will be paid $.65 per hour for all hours paid.

# ARTICLE XVII
# GRIEVANCE AND ARBITRATION PROCEDURE

A grievance is hereby defined to be any controversy, complaint, misunderstanding, or dispute concerning the interpretation or application of any provision of this Agreement.

Any grievance arising between the Employer and the Union or any employees represented by the Union shall be settled in the following manner:

## Step 1

The aggrieved employee, or employees, must present the grievance, in writing within five (5) working days of the occurrence to the Steward and to the Employer specifying the nature of his grievance and the section of the contract he claims to be violated.  If a satisfactory adjustment is not effected with a representative of the Employer within six (6) working days, the Steward and the employee shall submit such written grievance to the Union's Business Representative.

## Step 2

Within five (5) working days thereafter, the Business Representative shall then take up the matter with a representative of the Employer with authority to act on such grievances and decision therein must be given the Business Representative within five (5) working days.  Any agreement settling the grievance shall be reduced to writing and signed by the parties.

In the event the Business Representative shall be of the opinion that an employee's grievance is without merit, the Local Union shall not be required to process the matter any further and he shall so inform the employee filing the grievance, and the Employer. There shall be no liability imposed thereby upon the Union or the Employer.

Step 3

If steps 1 and 2 hereof have been complied with and a settlement of the grievance has not been effected, only the Employer or the Union may process the grievance to arbitration, by submitting it to the Board of Mediation and Arbitration, with a copy to the other party.

The Board shall hear the grievance under its rules and regulations and its decision shall be final and binding upon the Employer, the employees and the Union.

Any expenses incurred for such procedure shall be shared equally by the Union and the Board of Education.

## ARTICLE XVIII
## AMENDMENT

It is understood and agreed by and between the parties hereto that this Agreement includes and does and shall constitute the sole, only and entire agreement between the parties in respect to rates of pay, hours of work and other of employment; and, further, that this agreement cannot and shall not be changed or modified in any particular way whatever by an employee or representative of either party unless such change or modifications shall first be specifically reduced in writing and signed by officers of both parties authorized to do so.

## ARTICLE XIX
## COPY OF AGREEMENT

The Employer agrees to furnish each employee covered by this Agreement with a copy of such Agreement.

If printed commercially, it will bear the Union Label.

## ARTICLE XX
## DURATION AND TERMINATION

This Agreement shall remain in effect until June 30, 2005 and shall then and thereafter renew itself from year to year unless either party gives written notice to the other.  All provisions in this agreement shall remain in effect through this period except for salaries Article XVI Section 1 (a), Article X pensions, and article IV section 6 night differentials, to be negotiated for the period July 1, 2004 to June 30, 2005.

## ARTICLE XXI
## CREDIT UNION

The Employer agrees to deduct certain specific amounts each week from the wages of those employees who shall have given the Employer written authorization to make such deductions.

The amount so deducted shall be remitted to the New England Teamsters Federal Credit Union once each month.

The Employer shall not make deductions and shall not be responsible for remittance to the Credit Union for any deductions for those weeks during which the employee has no earnings or in those weeks in which the employees' earnings shall be less than the amount authorized for deduction.

Dated at Middlebury, Connecticut, this ⸱ day of

FOR TEAMSTERS LOCAL NO. 677   REGIONAL SCHOOL DISTRICT. NO. 15

BY: _____   BY: _____
    Clifford Socquet             Dr. Harold R. Sowell, Chairman
    Business Agent

DATE: _____   DATE: _____

WITNESS: _____   WITNESS: _____

BY:_____
    Robert Buchanan

BY:_____
    Thomas Woodin